UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JACK KERSEY                                                                                                  PLAINTIFF

v.                                              No. 5:21-CV-05040

OLYMPIC CHANNEL SERVICES SL.L.,
and DOES 1-10                                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the opinion and order entered in this case on this date, this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUGED this 28th day of October, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE